| AO 10 Rev. 1/2015 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2015 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (last name, first, middle initial) Kahn, Benjamin A. | 2. Court or Organization United States Bankruptcy Court (MDNC) | 3. Date of Report 09/11/2016 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) United States Bankruptcy Judge | 5a. Report Type (check appropriate type) ☐ Nomination Date ☐ Initial ☑ Annual ☐ Final 5b. ☑ Amended Report | 6. Reporting Period 01/01/2015 to 12/31/2015 |

**7. Chambers or Office Address**

United States Bankruptcy Court
101 South Edgeworth Street
Greensboro, North Carolina 27401

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☑ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2015 | Wells Fargo - salary |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | NC Bar Association | Nov. 5-6, 2015 | Pinehurst, NC | NC Bankruptcy Institute | Hotel, mileage, meals |
| 2. | Middle District Bankruptcy Seminar, Inc. and Administrative Office of the Court | April 23-24, 2015 | Aberdeen, NC | Bankruptcy Seminar | Hotel, mileage |
| 3. | Eastern Bankr. Institute | May 28-30, 2015 | N. Myrtle Beach, SC | Bankruptcy Seminar | Hotel, mileage |
| 4. | Turnaround Management Association Carolina Chapter | Dec. 7, 2015 | Charlotte, NC | Legal Seminar | Mileage |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Wells Fargo Account | A | Interest | L | T | | | | | |
| 2. Collegebound Fd 529 Agressive Growth 1996-1998 Alt R | A | Int./Div. | L | T | | | | | |
| 3. Collegebound Fd 529 Aggressive Growth 1999-2001 Alt R | A | Int./Div. | L | T | | | | | |
| 4. Wells Fargo Investment Account #1(H) | | | | | | | | | |
| 5. -SPY ETF | C | Dividend | M | T | Buy (add'l) | 09/22/15 | J | | |
| 6. -EEM ETF | A | Dividend | | | Sold | 09/22/15 | J | A | |
| 7. Wells Fargo HSA Account | A | Interest | J | T | | | | | |
| 8. Wells Fargo Investment Account #3(H) | A | Dividend | | | | | | | |
| 9. -SPY ETF | A | Dividend | K | T | Buy (add'l) | 09/22/15 | J | | |
| 10. Wells Fargo Investment Account #4(H) | A | Dividend | | | | | | | |
| 11. -SPY ETF | A | Dividend | K | T | Buy (add'l) | 09/22/15 | J | | |
| 12. Wells Fargo IRA #1(H) | | | | | | | | | |
| 13. -Bank Deposit Sweep | A | Interest | J | T | | | | | |
| 14. -AAPL Common | A | Dividend | J | T | | | | | |
| 15. -EEM ETF | A | Dividend | | | Sold | 09/22/15 | J | A | |
| 16. -SPY ETF | A | Dividend | K | T | Buy (add'l) | 09/22/15 | J | | |
| 17. Wells Fargo 401K #1(H) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| | Name of Person Reporting | Date of Report |
|---|---|---|
| | Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Wells Fargo Stable Value Fund | A | Dividend | L | T | | | | | |
| 19. -S&P 500 Index Fund | D | Dividend | N | T | | | | | |
| 20. -Wells Fargo Large Cap Growth Fund | B | Dividend | L | T | | | | | |
| 21. -S&P Midcap Index | A | Dividend | L | T | | | | | |
| 22. -Russell Small Cap Index Fund | A | Dividend | L | T | | | | | |
| 23. -Wells Fargo International Index Fund | A | Dividend | L | T | | | | | |
| 24. -Wells Fargo Emerging Market Equity Fund | A | Dividend | K | T | | | | | |
| 25. -Nasdaq 100 Index Fund | B | Dividend | L | T | | | | | |
| 26. -Wells Fargo ESOP Fund | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 27. Wells Fargo 401K #2(H) | | | | | | | | | |
| 28. -Wells Fargo Stable Value Fund | A | Dividend | J | T | | | | | |
| 29. -S&P 500 Index Fund | B | Dividend | K | T | | | | | |
| 30. -Wells Fargo Large Cap Growth Fund | A | Dividend | J | T | | | | | |
| 31. -S&P Midcap Index | A | Dividend | J | T | | | | | |
| 32. -Russell Smallcap Index Fund | A | Dividend | J | T | | | | | |
| 33. -Wells Fargo International Index Fund | A | Dividend | J | T | | | | | |
| 34. -Wells Fargo Emerging Market Equity Fund | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -Nasdaq 100 Index Fund | A | Dividend | J | T | | | | | |
| 36. -Wells Fargo ESOP Fund | A | Dividend | | | Sold | 07/02/15 | J | A | |
| 37. Wells Fargo stock options vested | A | Dividend | | | Closed | 02/20/15 | L | A | |
| 38. Wells Fargo stock options unvested | A | Dividend | | | Closed | 03/15/15 | K | A | |
| 39. | A | Dividend | | | Closed | 04/10/15 | K | A | |
| 40. Wells Fargo Investment Account #5(H) | | | | | | | | | |
| 41. -CD-12 month Deposit | A | Interest | K | T | | | | | |
| 42. -S&P Midcap Index Fund | A | Dividend | J | T | | | | | |
| 43. -Russell Smallcap Index Fund | A | Dividend | J | T | | | | | |
| 44. -Nasdaq 100 Index Fund | A | Dividend | K | T | | | | | |
| 45. -Emerging Market Equity Fund | A | Dividend | J | T | | | | | |
| 46. -S&P 500 Index Fund | B | Dividend | L | T | | | | | |
| 47. -Wells Fargo International Equity Fund | A | Dividend | J | T | | | | | |
| 48. Wells Fargo Rollover IRA #1(H) | | | | | | | | | |
| 49. -Morgan Stanley Frontier Emerging Markets Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 50. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 51. | | | | | Buy (add'l) | 09/18/15 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -Eaton Vance Global Macro Fund | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 53. | | | | | Sold | 07/24/15 | J | A | |
| 54. -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 55. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 56. | | | | | Sold (part) | 09/18/15 | J | | |
| 57. -Voya Real Estate Fund | A | Dividend | K | T | Sold (part) | 01/30/15 | J | | |
| 58. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 59. | | | | | Sold (part) | 09/18/15 | J | | |
| 60. -Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | Sold (part) | 01/30/15 | J | | |
| 61. | | | | | Sold (part) | 07/24/15 | J | | |
| 62. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 63. -Wells Fargo Secured Market Deposit Fund | A | Dividend | K | T | Buy | 01/02/15 | K | | |
| 64. -Robeco B/P Long/Short Fund | A | Dividend | K | T | Sold (part) | 01/30/15 | J | | |
| 65. | | | | | Sold (part) | 07/24/15 | J | | |
| 66. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 67. -Driehaus Active Income Fund | A | Dividend | | | Sold (part) | 01/30/15 | J | | |
| 68. | | | | | Buy (add'l) | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Sold | 09/16/15 | J | A | |
| 70.    -ASG Global Alternative Fund | A | Dividend | K | T | Sold (part) | 01/30/15 | J | | |
| 71. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 72. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 73.    -Harbor Capital Appreciation Fund | B | Dividend | L | T | Sold (part) | 01/30/15 | J | | |
| 74. | | | | | Sold (part) | 07/24/15 | J | | |
| 75. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 76.    -Federated Strategic Value Fund | A | Dividend | K | T | Buy (add'l) | 01/30/15 | J | | |
| 77. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 78. | | | | | Sold (part) | 09/18/15 | J | | |
| 79.    -Crawford Dividend Growth Fund | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 80. | | | | | Sold | 07/14/15 | K | A | |
| 81.    -Calvert Capital Accumulation Fund | A | Dividend | K | T | Buy (add'l) | 01/30/15 | J | | |
| 82. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 83. | | | | | Sold (part) | 09/18/15 | J | | |
| 84.    -Oppenheimer Developing Market Fund | A | Dividend | K | T | Buy (add'l) | 01/30/15 | J | | |
| 85. | | | | | Buy (add'l) | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 87. -Harbor International Fund | A | Dividend | K | T | Buy (add'l) | 01/30/15 | J | | |
| 88. | | | | | Sold (part) | 07/24/15 | J | | |
| 89. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 90. -Dodge & Cox Int'l Stock Fund | A | Dividend | K | T | Buy (add'l) | 01/30/15 | J | | |
| 91. | | | | | Sold (part) | 07/24/15 | J | | |
| 92. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 93. -Fidelity Advisors Emerging Market Income Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 94. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 95. | | | | | Sold (part) | 09/18/15 | J | | |
| 96. -iShares Russell Mid-Cap Value | A | Dividend | K | T | Buy (add'l) | 02/03/15 | J | | |
| 97. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 98. | | | | | Sold (part) | 09/22/15 | J | | |
| 99. -iShares Core S & P Small Cap | A | Dividend | K | T | Sold (part) | 02/03/15 | J | | |
| 100. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 101. | | | | | Sold (part) | 09/22/15 | J | | |
| 102. -SPDR S&P 500 ETF | A | Dividend | K | T | Buy | 07/16/15 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 104. | | | | | Sold (part) | 09/22/15 | J | | |
| 105.  -Dreyfus Int'l Bond Fund | A | Dividend | | | Sold | 01/30/15 | J | A | |
| 106.  -T Rowe Price Short Term Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 107. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 108. | | | | | Sold (part) | 09/18/15 | J | | |
| 109.  -Voya Int'l Real Estate Fund | A | Dividend | K | T | Sold (part) | 01/30/15 | J | | |
| 110. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 111. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 112.  Wells Fargo Rollover IRA #2 (H) | | | | | | | | | |
| 113.  -Morgan Stanley Frontier Emerging Markets | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 114. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 115. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 116.  -Eaton Vance Global Macro Fund | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 117. | | | | | Sold | 07/24/15 | J | A | |
| 118.  -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 119. | | | | | Buy (add'l) | 07/24/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Sold (part) | 09/18/15 | J | | |
| 121. -Voya Real Estate Fund | A | Dividend | J | T | Sold (part) | 01/30/15 | J | | |
| 122. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 123. | | | | | Sold (part) | 09/18/15 | J | | |
| 124. -Credit Suisse Commodity Return Strategy Fund | A | Dividend | J | T | Sold (part) | 01/30/15 | J | | |
| 125. | | | | | Sold (part) | 07/24/15 | J | | |
| 126. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 127. -Robeco B/P Long/Short Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 128. | | | | | Sold (part) | 07/24/15 | J | | |
| 129. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 130. -Driehaus Active Income Fund | A | Dividend | | | Sold (part) | 01/30/15 | J | | |
| 131. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 132. | | | | | Sold | 09/16/15 | J | A | |
| 133. -ASG Global Alternatives Fund | A | Dividend | J | T | Sold (part) | 01/30/15 | J | | |
| 134. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 135. | | | | | Buy (add'l) | 10/17/15 | J | | |
| 136. -Harbor Capital Appreciation Fund | A | Dividend | K | T | Sold (part) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold (part) | 07/24/15 | J | | |
| 138. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 139.  -Federated Strategic Value Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 140. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 141. | | | | | Sold (part) | 09/18/15 | J | | |
| 142.  -Crawford Dividend Growth Fund | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 143. | | | | | Sold | 07/14/15 | J | A | |
| 144.  -Calvert Capital Accumulation Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 145. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 146. | | | | | Sold (part) | 09/18/15 | J | | |
| 147.  -Oppenheimer Developing Market Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 148. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 149. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 150.  -Harbor International Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 151. | | | | | Sold (part) | 07/24/15 | J | | |
| 152. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 153.  -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 155. -Fidelity Advisors Emerging Market Income Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 156. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 157. | | | | | Sold (part) | 09/18/15 | J | | |
| 158. -iShares Russell Mid-Cap Value | A | Dividend | J | T | Buy (add'l) | 02/03/15 | J | | |
| 159. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 160. | | | | | Sold (part) | 09/22/15 | J | | |
| 161. -iShares Core S & P Small Cap | A | Dividend | J | T | Sold (part) | 02/03/15 | J | | |
| 162. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 163. | | | | | Sold (part) | 09/22/15 | J | | |
| 164. -Dreyfus Int'l Bond Fund | A | Dividend | | | Sold | 01/30/15 | J | A | |
| 165. -Voya Int'l Real Estate Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 166. | | | | | Buy (add'l) | 07/24/15 | J | | |
| 167. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 168. -Wells Fargo Secured Market Deposit Fund | A | Dividend | J | T | Buy | 01/02/15 | J | | |
| 169. -T Rowe S-T Bond Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 170. | | | | | Sold (part) | 09/18/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171.  -SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 172. | | | | | Buy (add'l) | 07/28/15 | J | | |
| 173. | | | | | Sold (part) | 09/22/15 | J | | |
| 174.  Wells Fargo Inv. Account #6(H) | | | | | | | | | |
| 175.  -ASG Global Alternatives Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |
| 176. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 177.  -Calvert Capital Accumulation Fund | A | Dividend | J | T | | | | | |
| 178.  -Crawford Dividend Growth Fund | A | Dividend | | | Sold | 07/14/15 | J | A | |
| 179.  -Credit Suisse Commodity Return Strategy Fund | A | Dividend | | | Sold | 12/08/15 | J | A | |
| 180.  -Dodge & Cox Int'l Stock Fund | A | Dividend | J | T | | | | | |
| 181.  -Driehaus Active Income Fund | A | Dividend | J | T | Sold (part) | 09/16/15 | J | | |
| 182. | | | | | Buy (add'l) | 12/15/15 | J | | |
| 183.  -Eaton Vance Global Macro Fund | A | Dividend | | | Sold (part) | 01/30/15 | J | | |
| 184. | | | | | Sold | 07/24/15 | J | A | |
| 185.  -Federated Strategic Value Fund | A | Dividend | J | T | | | | | |
| 186.  -Fidelity Advisors Emerging Markets Income Fund | A | Dividend | J | T | Sold (part) | 09/18/15 | J | | |
| 187.  -Harbor Capital Appreciation Fund | A | Dividend | J | T | Buy (add'l) | 01/30/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Sold (part) | 07/24/15 | J | | |
| 189. | | | | | Buy (add'l) | 09/18/15 | J | | |
| 190. -Harbor International Fund | A | Dividend | J | T | | | | | |
| 191. -iShares Core S&P Small Cap | A | Dividend | J | T | | | | | |
| 192. -iShares Russell Midcap Value | A | Dividend | J | T | | | | | |
| 193. -Morgan Stanley Frontiere Emerging Fund | A | Dividend | J | T | | | | | |
| 194. -Nuveen Limited Term Muni Bond | A | Dividend | J | T | | | | | |
| 195. -Oppenheimer Developing Market | A | Dividend | | | Sold | 12/08/15 | J | A | |
| 196. -Ridgeworth Seix Floating Rate Fund | A | Dividend | J | T | Sold (part) | 09/18/15 | J | | |
| 197. -Robeco BP Long/Short | A | Dividend | | | Buy (add'l) | 01/30/15 | J | | |
| 198. | | | | | Buy (add'l) | 09/16/15 | J | | |
| 199. | | | | | Sold | 12/15/15 | J | A | |
| 200. -Voya International Real Estate Fund | A | Dividend | J | T | | | | | |
| 201. -Voya Real Estate Fund | A | Dividend | J | T | | | | | |
| 202. -Barclays Bloomberg IPath | A | Dividend | J | T | Buy | 12/10/15 | J | | |
| 203. -SPDR S&P 500 ETF | A | Dividend | J | T | Buy | 07/16/15 | J | | |
| 204. -Wells Fargo Secured Market Deposit Fund | A | Dividend | J | T | Buy | 01/02/15 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 205.   -Vanguard FTSE Emerging Markets ETF | A | Dividend | J | T | Buy | 12/10/15 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Kahn, Benjamin A. | 09/11/2016 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: s/ **Benjamin A. Kahn**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544